

# IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS
## _____ DIVISION

ARLIN GLEMMING                                                          PLAINTIFF

v.                       CASE NO. CV2014-419

MATTHEW FELSBURG                                    DEFENDANT

## COMPLAINT

Comes now the Plaintiff, Arlin Glemming, by and through his attorneys Gary Holt & Associates, P.A., and for his Complaint in negligence against the Defendant, Matthew Felsburg, and alleges and states:

1. The Plaintiff, Arlin Glemming ("Plaintiff" or "Glemming") is an individual resident of Sharp County, Arkansas.

2. The Defendant, Matthew Felsburg ("Felsburg"), is an individual resident of Tennessee.

3. The events giving rise to this lawsuit occurred on the roads and highways of Crittenden County, Arkansas. Jurisdiction is proper in this Court. Venue is proper in Crittenden County, Arkansas.

4. On or about July 21, 2013, at approximately 2:10 p.m., Glemming was operating his 2012 Dodge SRX, travelling northbound in the center lane of Interstate 55. At the same time and place, Felsburg was operating his 1998

1

EXHIBIT "A"

Oldsmobile sedan, traveling directly behind Plaintiff while admittedly talking on his cellular telephone. Plaintiff properly slowed to a stop due to traffic ahead of him. Defendant, however, failed to slow or stop, causing the front of his vehicle to impact the rear of Plaintiff's vehicle and pushing Plaintiff's vehicle into the vehicle ahead of Plaintiff driven by Margaret Vincent, and thereby causing a violent collision and Plaintiff's injuries and damages as set forth herein below.

5. Felsburg was guilty of negligence set out herein below. As a result of the negligence set out herein, the Plaintiff, Arlin Glemming, suffered damages and personal injuries, more specifically described hereinafter.

6. Defendant Felsburg was guilty of negligence, which was a proximate cause of the damages sustained by Plaintiff; said acts of negligence include, but are not limited to the following:

    a. Failing to keep a proper lookout;

    b. Failing to keep the vehicle he was driving under proper control;

    c. Failure to yield the right of way to a forward vehicle;

    d. Distracted driving;

    e. Talking on his cellular telephone while driving;

    f. Driving at an excessive rate of speed under the circumstances; and

    g.  Otherwise failing to exercise ordinary care under the circumstances.

7. As a result of the negligence and carelessness of Defendant Felsburg set out herein above, the Plaintiff, Arlin Glemming, has suffered painful and permanent personal injuries, incurred expenses for medical care, treatment and services in the past and is reasonably certain to require medical care, treatment, and services in the future, underwent pain, suffering and mental anguish in the past and is reasonably certain to experience pain, suffering and mental anguish in the future, suffered a loss of business income and working time in the past, and is reasonably certain to sustain a loss of business income and working time.

8. Plaintiff demands a trial by jury.

9. Plaintiff reserves the right to amend his complaint, pending further discovery.

**WHEREFORE**, the Plaintiff, Arlin Glemming, prays for a judgment against the Defendant, Matthew Felsburg, in an amount adequate to compensate him for the injuries and damages he has sustained, said amount being in excess of that required for Federal Court jurisdiction in diversity of citizenship cases; for costs; for pre- and post-judgment interest; and for any and all other just and proper relief to which she may be entitled. Plaintiff prays for a jury trial.

                   Respectfully submitted,

                GARY HOLT & ASSOCIATES, P.A.
                P.O. Box 3887
                Little Rock, Arkansas 72203-3887
                Telephone: (501) 372-0266
                Facsimile: (501) 372-2249
                Email: gracec@garyholtlaw.com

BY: _____
                Connie Grace, AR#97101
                *Attorney for Plaintiff*