# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ARLIN GLEMMING**                                                    **PLAINTIFF**

v.                                    No. 3:15-cv-16-DPM

**MATTHEW FELSBURG**                                                 **DEFENDANT**

## JUDGMENT

Glemming's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2015